Zein E. Obagi, Jr. (State Bar No. 264139)
zo@obagilaw.com
**OBAGI LAW GROUP, P.C.**
811 Wilshire Blvd., Ste. 1709
Los Angeles, CA 90028
Telephone: (424) 284-2401

Attorney for Plaintiff
ROGER PHELPS

Lindsay E. Hutner (SBN 238998)
hutnerl@gtlaw.com
Jonathan S. Sack (SBN 271286)
sackj@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300

Attorneys for Defendants
MATHESON TRI-GAS, INC.;
PAUL CIVITARESE; PETER BALKE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROGER PHELPS,<br><br>Plaintiff,<br><br>v.<br><br>MATHESON TRI-GAS, INC.; PAUL CIVITARESE; PETER BALKE; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 8:18-cv-00838-JVS- KES<br><br>**COURT ORDER DISMISSING COMPLAINT WITH PREJUDICE AND RESERVING JURISDICTION FOR 18 MONTHS** |

# **COURT ORDER**

GOOD CAUSE APPEARING THEREFOR, upon the parties' stipulation and notice that they have confidentially settled this action, the Court hereby:

1. DISMISSES the complaint herein with prejudice; and
2. RESERVES jurisdiction to enforce provisions of the settlement agreement for 18 months. The Court will hear any party's request for enforcement of the settlement agreement on noticed motion.

**IT IS SO ORDERED.**

Dated: December 04, 2018

_____
HON. JAMES V. SELNA
U.S. DISTRICT JUDGE